Ex-PARTE Lackey

Texas Court of Appeals
Austin Texas

FILED IN
COURT OF CRIMINAL APPEALS

MAR 07 2018
3

Deana Williamson, Clerk

Motion To Extend Time for Filing
Petition of Discretionary Review:

To The Honorable Court

Comes now, Virgil Lackey, TDCJ-CID # 2103347, and presently incarcerated at the Lopez Unit @ 1203 El Cibolo Rd in Edinburg Texas 78542, and acting in a pro-se capacity asks the Honorable Court to Accept this Motion for Extension of Time to File a Petition for Discretionary Review under the parameter as set forth in the Texas Rules of Apellate Procedure, Rule TRAP 10.5 (3) and in support of said motion asks the Court to consider the following information(s):

A.) Court of Appeal for the 1st District was filed on June 5th 2017.

B.) States Response for Appeal was filed in 1st Court on/about Aug. 19th 2017

C.) Final Judgement on Appeal Delivered on/about Nov 30th 2017

D.) Final Mandate on Cause # 01-16-00987-CR (1st Court) Feb 16th 2018

E.) Final Mandate on Cause # 01-16-000986-CR (1st Court) Feb 16th 2018

F.) Motion To Withdraw Counsel (Lana Gordon) Accepted (1st Court) Feb 5th 2018

G.) No Motion for Rehearing Submitted by Counsel

H.) Motion to Extend Time Pro Se Filed 1st Class Mail March 1st 2018

I.) Motion to Appoint Counsel/Indigent/Pro-Se Filing March 1st 2018

Please refer and consider the following:

# PRO-SE SUBMISSION

Petitioner submits that he is a layman of the law and is not schooled nor versed in the ways of Jurisprudence and has a education level of 12th Grade at Forest Brook High School in Houston Texas further avows he knows absolutely nothing about the time deadlines in/w regard to filing of the PDR and as he had paid Appellate Counsel Lana Gordon the sum of (State's Appt) to represent him in Appellate Process, it was his assumption that PDR would, for all practical purposes, include the presentation of the PDR.

However, that said he submits that the U.S. Supreme Court has previously held a pro-se submission, however inartfully pleaded must be held to a less stringent standard than formal pleadings as drafted by lawyers and should only be dismissed for failure to state a claim, if it appears beyond a reasonable doubt, that plaintiff can prove no set of facts in support of his claim which would entitle him to relief. Estelle vs Gamble 97 S.Ct at 285 and quoting Conley vs Gibson 78 S.Ct 99. In another Court decision it was opined by the High Court more simply that "handwritten pro-se complaints are to be liberally construed. Haines vs Kerner 92 S.Ct 594. Hence, I have tried in all respect and earnestness at my command to cover/incorporate the TRAP rules and Texas Rules of the Court-State in the construction of/submission of the cogent and cognizent document in hand. That said I ask you consider:

## Appointment of Counsel

Petitioner submits that he is an indigent Ward of the State of Texas as the result of the Case at bar but asserts that he has a good and just cause of action and has previously unheard controverted issues which bear heavily around "Liberty Issues", and is in need of a Professional Lawyer schooled in Jurisprudence to promote a direct attack on this conviction and asks this Court to appoint Counsel to Represent him in keeping w/ Article 1.051 of the Texas Code of Criminal Procedure as well as 5, 6th & 14th Amendments to The United States Constitution and Article 10, 19 and 29 of the Texas Constitution. In Close, he submits this:

## PRAYER

All things Considered, It is the fervent Prayer of the Defendant that the Court Accept the Motion in Hand and to Accept/Allow an Extension in this Cause for filing of the Petition for Discretionary Review and ORDER that PDR be Constructed and sent to Court in a time frame as set forth in Courts Order, further requesting any/all additional relief it may deem just and necessary in the true and wholesome pursuit of justice in this Cause.

Respectfully Submitted

x _Virgil Lackey_

Virgil Lackey # 2103347

Unsworn Declaration

I, Virgil Lackey, TDCJ # 2103347, and presently at the Lopez Unit TDCJ at 1203 El Cibolo Rd do hereby depose myself and state under oath and under penalty of perjury as set forth in 28 USC § 1746 that this Motion for Extension of Time to File PDR is both true & correct to the best of my knowledge and Ability

Signed & Executed on this 1st Day of March, Year of Our Lord 2018.

RECEIVED IN
COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 05 2018

MAR 05 2018

Deana Williamson, Clerk

Deana Williamson, Clerk

## ORDER

On this WEN day of Feb 28 _____, 2018, did come on to be heard the Defendants Motion for Extension to File a Petition for Discretionary Review, and upon deliberation of said motion I find the motion to be:

( ) Granted          ( ) Denied

And further order: _____

_____

_____

Executed by Signature and Judicial Authority on this ___ day of _____, 2018

_____

Honorable Judge Presiding

Virgil Lackey 2103347
Lopez Unit - TDCJ
1203 El Cibolo Rd
Edinburg Tx 78542

MCALLEN TX 785
01 MAR 2018 PM 2 T

Court of Criminal Appeals
P.O. Box 12308
Austin Texas 78711

7871132308